**Dismiss and Opinion Filed June 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00325-CV

## TEODORA RIVAS CARRION, Appellant
## V.
## GILBERTO CARRION, Appellee

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-18880-V**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Francis

Teodora Rivas Carrion appeals the trial court's judgment granting a divorce, awarding property, and determining child custody. For the reasons that follow, we dismiss this appeal.

Representing herself, Teodora filed a three-page document, entitled "Appellant's Motion to Changes of Decree Agreed Final Divorce" as her brief. We notified Teodora the brief was deficient and instructed her to file an amended brief that complied with the Texas Rules of Appellate Procedure. Our notice specifically stated that her "failure to file an amended brief that complies with the Texas Rules of Appellate Procedure within ten days of the date of this letter may result in dismissal of this appeal without further notice from the Court." Teodora did not file an amended brief as instructed by the Court.

Teodora's original brief does not state what her legal issues or complaints are, nor does she provide any legal authority or analysis to support her complaints. Our appellate rules have specific requirements for briefing. *See* TEX. R. APP. P. 38. These rules require an appellant to state concisely the complaint she may have, provide understandable, succinct, and clear argument for why her complaint has merit in fact and in law, and cite and apply law that is applicable to the complaint being made along with record references that are appropriate. TEX. R. APP. P. 38.1(f), (h), and (i). Only when we are provided with proper briefing may we discharge our responsibility to review the appeal and make a decision that disposes of the appeal one way or the other. *Bolling v. Farmers Branch Indep. Sch. Dist.*, 315 S.W.3d 893, 895 (Tex. App.—Dallas 2010, no pet.). We are not responsible for identifying possible trial court error, searching the record for facts that may be favorable to a party's position, or doing the legal research that might support a party's contentions. *Id*. Were we to do so, even for a pro se litigant untrained in law, we would be abandoning our role as judges and become an advocate for that party. *Id*.

Because she has failed to comply with the briefing requirements of our appellate rules after having been given the opportunity to do so, we dismiss Teodora's appeal. *See Bolling*, 315 S.W.3d at 897.

140325F.P05

/Molly Francis/
_____
MOLLY FRANCIS
JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TEODORA RIVAS CARRION, Appellant

No. 05-14-00325-CV        V.

GILBERTO CARRION, Appellee

On Appeal from the 303rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-12-18880-V.
Opinion delivered by Justice Francis,
Justices Lang-Miers and Whitehill
participating.

In accordance with this Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

It is **ORDERED** that appellee GILBERTO CARRION recover his costs, if any, of this appeal from appellant TEODORA RIVAS CARRION.

Judgment entered June 23, 2015.